IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE AUSTIN, JR.,

Plaintiff,

v.

SAFELITE FULFILLMENT, INC.,

Defendant.

Case No.  21-cv-00191-MMC

**ORDER STATISTICALLY CLOSING CASE**

On May 7, 2021, Marie DeMartini ("DeMartini"), plaintiff in <u>DeMartini v. Safelite Fulfillment, Inc.</u>, Case No. 20-cv-05952-MMC ("<u>DeMartini</u> Action"), filed a motion to consolidate the above-titled action with that earlier action.  By order filed June 22, 2021, the Court granted the motion to consolidate, conditioned on DeMartini's filing, in the <u>DeMartini</u> Action, a consolidated complaint setting forth all claims alleged on behalf of both plaintiffs.  On July 2, 2021, DeMartini filed a consolidated complaint in compliance therewith, and, accordingly, the two actions are now consolidated.

In light of the consolidation, the above-titled action, Case No. 21-cv-00191 MMC, is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of Case No. 21-cv-00191 or of any claim made within it.  Should further proceedings become necessary or desirable in Case No. 21-cv-00191-MMC, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: July 8, 2021

MAXINE M. CHESNEY
United States District Judge